UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, BOLD ALLIANCE, CENTER FOR BIOLOGICAL DIVERSITY, FRIENDS OF THE EARTH, NATURAL RESOURCES DEFENSE COUNCIL, INC., and SIERRA CLUB,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THOMAS A. SHANNON, JR., in his Official Capacity as Under Secretary of State for Political Affairs, UNITED STATES DEPARTMENT OF STATE, RYAN ZINKE, in his official Capacity as Secretary of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR; and BUREAU OF LAND MANAGEMENT,<br><br>　　　　Defendants. | Cause No. 4:17-cv-00031-BMM<br><br>**ORDER** |

Applicants for intervention, TransCanada Keystone Pipeline, LP and

TransCanada Corporation, have filed an unopposed motion to intervene in this action as of right pursuant to Federal Rule of Civil Procedure 24(a). (Doc. 21) The Court finds good cause for the motion. Accordingly, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that TransCanada Keystone Pipeline, LP and TransCanada Corporation shall file their answer or motion in response to the complaint within seven days of the Federal Defendants' answer or motion. They shall also file any motions for pro hac vice along with the appropriate filing fees.

DATED this 27th day of April, 2017.

Brian Morris
United States District Court Judge