IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, BOLD ALLIANCE, CENTER FOR BIOLOGICAL DIVERSITY, FRIENDS OF THE EARTH, NATURAL RESOURCES DEFENSE COUNCIL, INC., and SIERRA CLUB,<br><br>   Plaintiffs,<br><br>v.<br><br>THOMAS A. SHANNON, JR., in his official capacity as Under Secretary of State for Political Affairs; UNITED STATES DEPARTMENT OF STATE, RYAN ZINKE, in his official capacity as Secretary of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT,<br><br>   Defendants.<br><br>TRANSCANADA KEYSTONE PIPELINE, LP and TRANSCANADA CORPORATION,<br><br>   Defendant-Intervenors | CV-17-31-GF-BMM<br><br>**ORDER** |

Defendants-Intervenor Transcanada Keystone Pipeline, LP and Transcanda Corporation. (TC) moved for admission of Peter R. Steenland (Mr. Steenland),

-1-

(Doc. 24), and Lauren C. Freeman (Ms. Freeman) (Doc. 25) to practice before this Court in this case with Jeffrey J. Oven of Crowley Fleck, PLLP, to act as local counsel.  Mr. Steenland and Ms. Freeman's applications appear to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**  TC's motions to allow Mr. Steenland and Ms. Freeman to appear on their behalf (Docs. 24 and 25) are **GRANTED** on the following conditions:

1. Local counsel, Mr. Oven, will be designated as lead counsel or as co-lead counsel with Mr. Steenland and Ms. Freeman.  Mr. Steenland and Ms. Freeman must do their own work.  They must do their own writing, sign their own pleadings, motions, briefs and other documents served or filed by them, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court.  Local counsel, Mr. Oven, shall also sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Mr. Steenland and Ms. Freeman, within fifteen (15) days from the date of this Order have filed an acknowledgment and acceptance of their admission under the terms set forth above.

3. Either, Mr. Steenland or Ms. Freeman, but not both, may act as co-lead

counsel;

4. Admission is personal to Mr. Steenland and Ms. Freeman.

DATED this 2nd day of May, 2017.

_____
Brian Morris
United States District Court Judge