IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, BOLD ALLIANCE, CENTER FOR BIOLOGICAL DIVERSITY, FRIENDS OF THE EARTH, NATURAL RESOURCES DEFENSE COUNCIL, INC., and SIERRA CLUB,<br><br>        Plaintiffs,<br><br>v.<br><br>THOMAS A. SHANNON, JR., in his official capacity as Under Secretary of State for Political Affairs; UNITED STATES DEPARTMENT OF STATE, RYAN ZINKE, in his official capacity as Secretary of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT,<br><br>        Defendants.<br><br>TRANSCANADA KEYSTONE PIPELINE, LP and TRANSCANADA CORPORATION,<br><br>        Defendant-Intervenors | CV-17-31-GF-BMM<br><br>**ORDER** |

IT IS HEREBY ORDERED that the undesigned will conduct a hearing on

the following motions on **Thursday, August 31, 2017 at 1:30 p.m.** at the

-1-

Missouri River Federal Courthouse, Great Falls, Montana.

    1. Bureau of Land Management, Thomas A. Shannon, Jr., United States Department of State, United States Department of the Interior, Ryan Zinke's Motion to Dismiss for Lack of Jurisdiction, Doc. 42; and

    2. TransCanada Corporation, TransCanada Keystone Pipeline LP's Motion to Dismiss for Lack of Jurisdiction, Doc. 43.

    DATED this 26th day of June, 2017.

*/s/ Brian Morris*
Brian Morris
United States District Court Judge