# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THOMAS A. SHANNON, JR., et al.,<br><br>    Defendants,<br><br>TRANSCANADA CORPORATION et al.,<br><br>    Intervenor-Defendants. | CV 17-31-GF-BMM<br><br>**ORDER** |

Plaintiffs have filed an Unopposed Motion to Continue Hearing and to Set Schedule for Briefing on Any Motions to Dismiss Plaintiffs' Third Amended Complaint. Finding good cause, the Court hereby **GRANTS** the Motion.

The parties' deadlines for filing of the Third Amended Complaint and briefing on any supplemental motions to dismiss that Complaint are as follows:

| | |
|---|---|
| Filing of Third Amended Complaint | August 4 |
| Any motions to dismiss Third Amended Complaint | August 18 |
| Oppositions | September 8 |
| Replies | September 22 |

The hearing on the motions to dismiss Plaintiffs' Second Amended Complaint set for August 31, 2017 is **VACATED**.  A hearing on the Third Amended Complaint will be held before the undersigned on **Wednesday, October 11, 2017 at 1:30 p.m**. The Court will hear argument on any supplemental motions to dismiss the Third Amended Complaint at that same time and date.

**IT IS ALSO ORDERED** that a Preliminary Pretrial Conference will be held at the same time and date.  The following schedule shall apply:

On or before *September 20, 2017*, parties shall meet and confer to consider matters listed in Fed. R. Civ. P. 26(f)**.**

(4)   On or before *October 4, 2017*, the parties shall jointly file with the Court a written report outlining the discovery plan formulated at the conference. The discovery plan will require disclosure of all experts and shall address whether expert disclosures will be made simultaneously or sequentially.  Expert disclosures must comply with Fed. R. Civ. P. 26(a)(2)(B).  As part of the discovery plan parties shall seek to identify and should be prepared to discuss in detail any electronic discovery stipulations or issues which may arise and a plan for electronic discovery.  Fed R. Civ. P. 26(f)(3).  In that regard the parties may find it useful to consider potential issues regarding electronic discovery such as those outlined in the Delaware Default Standard for Discovery of Electronically Stored

Information ("E-Discovery") found at

http://www.ded.uscourts.gov/sites/default/files/Chambers/SLR/Misc/EDiscov.pdf.

(5)  On or before *October 4, 2017*, parties shall file a preliminary pretrial statement.  See Fed. R. Civ. P. 26(a)(1).  The statement shall address all matters listed in Federal Rule 26(a)(1) and all matters listed in Local Rules 16.2(b)(1), 16.2(c), and 26.1.

(6)  On or before *October 4, 2017*, parties shall file a Statement of Stipulated Facts.  See Local Rule 16.2(b)(3).

Dated this 25th of July, 2017.

/s/ Brian Morris

Brian Morris
United States District Court Judge