Jeffery J. Oven  
Mark L. Stermitz  
Jeffrey M. Roth  
CROWLEY FLECK PLLP  
490 North 31st Street, Ste. 500  
P.O. Box 2529  
Billings, MT  59103-2529  
Telephone: 406-252-3441  
Email: joven@crowleyfleck.com  
         mstermitz@crowleyfleck.com  
         jroth@crowleyfleck.com  

Peter R. Steenland  
Lauren C. Freeman  
SIDLEY AUSTIN LLP  
1501 K Street, NW  
Washington, DC  20005  
Telephone: 202-736-8000  
Email: psteenland@sidley.com  
         lfreeman@sidley.com  

*Counsel for TransCanada Keystone Pipeline, LP and TransCanada Corporation*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, BOLD ALLIANCE, CENTER FOR BIOLOGICAL DIVERSITY, FRIENDS OF THE EARTH, NATURAL RESOURCES DEFENSE COUNCIL, INC., and SIERRA CLUB,<br><br>Plaintiffs,<br>vs.<br><br>THOMAS A. SHANNON, JR., in his Official Capacity as Under Secretary of State for Political Affairs, UNITED STATES DEPARTMENT OF STATE, RYAN ZINKE, in his official Capacity as Secretary of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR; and BUREAU OF LAND MANAGEMENT,<br><br>Defendants, | CV 17-31-GF-BMM<br><br>**SUPPLEMENTAL MOTION TO DISMISS BY TRANSCANADA KEYSTONE PIPELINE, LP AND TRANSCANADA CORPORATION** |

and

TRANSCANADA KEYSTONE PIPELINE, LP and TRANSCANADA CORPORATION,

      Defendant-Intervenors.

TransCanada Keystone Pipeline, LP and TransCanada Corporation (collectively, "TransCanada"), Defendant-Intervenors, hereby move to dismiss the fifth claim presented in Plaintiffs'[1] Third Amended Complaint for Declaratory and Injunctive Relief. (ECF No. 58). Previously, TransCanada filed a motion to dismiss all claims presented in Plaintiffs' original complaint. (ECF Nos. 43, 44).

As set forth in TransCanada's accompanying Memorandum in Support, Plaintiffs' fifth claim for relief against Federal Defendants should be dismissed. This Administrative Procedure Act, 5 U.S.C. §§ 701-706, and Endangered Species Act claim, 16 U.S.C. §§ 1531 *et seq.*, against Federal Defendants should be dismissed pursuant to Rule 12(b)(1), because there is no waiver of sovereign immunity, and Rule 12(b)(6), for failure to state a claim.

---

[1] Northern Plains Resource Council, Bold Alliance, Center for Biological Diversity, Friends of the Earth, Natural Resources Defense Council, Inc., and Sierra Club (collectively, "Plaintiffs").

2

For the foregoing reasons and the grounds set forth in the accompanying memorandum as well as the motion and memorandum filed earlier (ECF Nos. 43, 44), TransCanada moves to dismiss Plaintiffs' claims in their entirety.

Pursuant to Local Rule 7.1(c)(1), counsel for TransCanada contacted counsel for the parties regarding the filing of this motion, and Plaintiffs oppose the motion.

Dated this 18th day of August, 2017.

CROWLEY FLECK PLLP


By   /s/ Jeffery J. Oven
      Jeffery J. Oven
      Mark L. Stermitz
      Jeffrey M. Roth
490 North 31st Street, Ste 500
P.O. Box 2529
Billings, MT 59103-2529
*Counsel for TransCanada Keystone Pipeline, LP and TransCanada Corporation*

SIDLEY AUSTIN LLP


By   /s/ Peter R. Steenland, Jr.
      Peter R. Steenland, Jr.
      Lauren C. Freeman
1501 K Street, N.W.
Washington, D.C. 20005
*Counsel for TransCanada Keystone Pipeline, LP and TransCanada Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the following counsel of record, by the means designated below, this 18th day of August, 2017:

| | |
|---|---|
| 1 - 9 | CM/ECF |
| _____ | Hand Delivered |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-mail |

1. Clerk of U.S. District Court

2. Cecilia D. Segal
   NATURAL RESOURCES DEFENSE COUNCIL - San Francisco
   111 Sutter Street, Floor 21
   San Francisco, CA 94104
   *Attorneys for Northern Plains Resource Council, Bold Alliance, Center for Biological Diversity, Friends of the Earth, Natural Resources Defense Council, Sierra Club*

3. Selena Kyle
   NATURAL RESOURCES DEFENSE COUNCIL - Chicago
   20 North Wacker Drive, Suite 1600
   Chicago, IL 60606
   *Attorneys for Northern Plains Resource Council, Bold Alliance, Center for Biological Diversity, Friends of the Earth, Natural Resources Defense Council*

4. Timothy M. Bechtold
   BECHTOLD LAW FIRM
   PO Box 7051
   Missoula, MT 59807-7051
   *Attorneys for Northern Plains Resource Council, Bold Alliance, Center for Biological Diversity, Friends of the Earth, Natural Resources Defense Council, Sierra Club*

5.     Amy R. Atwood
       CENTER FOR BIOLOGICAL DIVERSITY - PORTLAND
       PO Box 11374
       Portland, OR 97211-0374
       *Attorneys for Bold Alliance, Center for Biological Diversity, Friends of the Earth, Natural Resources Defense Council, Sierra Club*

6.     Douglas P. Hayes
       SIERRA CLUB
       1650 38th Street
       Suite 102W
       Boulder, CO 80301
       *Attorneys for Sierra Club*

7.     Eric E. Huber
       SIERRA CLUB
       Environmental Law Program
       1650 38th St.
       Suite 102W
       Boulder, CO 80301
       *Attorneys for Sierra Club*

8.     Luther L. Hajek
       U.S. DEPARTMENT OF JUSTICE - DENVER
       South Terrace, Suite 370
       999 18th Street
       Denver, CO 80202
       *Attorneys for Thomas A. Shannon, Jr., US Department of State, Ryan Zinke, US Department of the Interior and Bureau of Land Management*

9.     Mark Steger Smith
       U.S. ATTORNEY'S OFFICE - BILLINGS
       2601 Second Avenue North
       Suite 3200
       Billings, MT 59101
       *Attorneys for Thomas A. Shannon, Jr., US Department of State, Ryan Zinke, US Department of the Interior and Bureau of Land Management*

                                        By    /s/ Jeffery J. Oven