# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THOMAS A. SHANNON, JR., et al., <br><br> Defendants, <br><br> and <br><br> TRANSCANADA CORPORATION, et al., <br><br> Defendant-Intervenors. | CV-17-31-GF-BMM <br><br> **ORDER** |

**IT IS HEREBY ORDERED:**

Each party shall file a statement of position for the Court's review regarding the consolidation of Indigenous Environmental Network, et al v. United States Department of State, et al (4:17-cv-00029-BMM) and Northern Plains Resource

Council, et al v. Shannon, et al (4:17-cv-00031-BMM) by Monday, September 18, 2017. Each party's statement of position shall not exceed 5,000 words.

DATED this 29th day of August, 2017.

Brian Morris
United States District Court Judge