Jeffery J. Oven
Mark L. Stermitz
Jeffrey M. Roth
CROWLEY FLECK PLLP
490 North 31st Street, Ste. 500
P.O. Box 2529
Billings, MT  59103-2529
Telephone: 406-252-3441
Email: joven@crowleyfleck.com
      mstermitz@crowleyfleck.com
      jroth@crowleyfleck.com

Peter R. Steenland
Lauren C. Freeman
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC  20005
Telephone: 202-736-8000
Email: psteenland@sidley.com
      lfreeman@sidley.com

*Counsel for TransCanada Keystone Pipeline, LP*
   *and TransCanada Corporation*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, BOLD ALLIANCE, CENTER FOR BIOLOGICAL DIVERSITY, FRIENDS OF THE EARTH, NATURAL RESOURCES DEFENSE COUNCIL, INC., and SIERRA CLUB,<br><br>        Plaintiffs,<br>vs.<br><br>THOMAS A. SHANNON, JR., in his Official Capacity as Under Secretary of State for Political Affairs, UNITED STATES DEPARTMENT OF STATE, RYAN ZINKE, in his official Capacity as Secretary of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR; and BUREAU OF LAND MANAGEMENT, | CV 17-31-GF-BMM<br><br>**TRANSCANADA'S STATEMENT OF POSITION** |

1

|  Defendants,
| and
|
| TRANSCANADA KEYSTONE
| PIPELINE, LP and TRANSCANADA
| CORPORATION,
|
|  Defendant-Intervenors.

In response to the Court's order of August 30, 2017 regarding consolidation of *Indigenous Environmental Network, et al., v. United States Department of State, et al.* (4:17-cv-00029-BMM) and *Northern Plains Research Council et al. v. Shannon, et al.* (4:17-cv00031-BMM), TransCanada as Intervenor states that it has no objection to the consolidation of the two cases.

Dated this 18th day of September, 2017.

    CROWLEY FLECK PLLP

    By   /s/ Jeffery J. Oven
        Jeffery J. Oven
        Mark L. Stermitz
        Jeffrey M. Roth
    490 North 31st Street, Ste 500
    P.O. Box 2529
    Billings, MT 59103-2529
    *Counsel for TransCanada Keystone Pipeline, LP and TransCanada Corporation*

    SIDLEY AUSTIN LLP

    By   /s/ Peter R. Steenland, Jr.
        Peter R. Steenland, Jr.

Lauren C. Freeman
1501 K Street, N.W.
Washington, D.C. 20005
*Counsel for TransCanada Keystone Pipeline, LP*
*and TransCanada Corporation*

## CERTIFICATE OF COMPLIANCE

Pursuant to the Court's Order, I certify that this statement contains 55 words, excluding caption and certificates of service and compliance, printed in at least 14 points and is double spaced, including for footnotes and indented quotations.

DATED this 18th day of September, 2017.

By   /s/ Jeffery J. Oven

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the following counsel of record, by the means designated below, this 18th day of September, 2017:

<u>1 - 9</u>    CM/ECF
_____    Hand Delivered
_____    Mail
_____    Overnight Delivery Service
_____    Fax
_____    E-mail

1. Clerk of U.S. District Court

2. Cecilia D. Segal
   NATURAL RESOURCES DEFENSE COUNCIL - San Francisco
   111 Sutter Street, Floor 21
   San Francisco, CA 94104
   *Attorneys for Northern Plains Resource Council, Bold Alliance, Center for Biological Diversity, Friends of the Earth, Natural Resources Defense Council, Sierra Club*

3. Selena Kyle
   NATURAL RESOURCES DEFENSE COUNCIL - Chicago
   20 North Wacker Drive, Suite 1600
   Chicago, IL 60606
   *Attorneys for Northern Plains Resource Council, Bold Alliance, Center for Biological Diversity, Friends of the Earth, Natural Resources Defense Council*

4. Timothy M. Bechtold
   BECHTOLD LAW FIRM
   PO Box 7051
   Missoula, MT 59807-7051
   *Attorneys for Northern Plains Resource Council, Bold Alliance, Center for Biological Diversity, Friends of the Earth, Natural Resources Defense Council, Sierra Club*

5. Amy R. Atwood
   CENTER FOR BIOLOGICAL DIVERSITY - PORTLAND
   PO Box 11374
   Portland, OR 97211-0374
   *Attorneys for Bold Alliance, Center for Biological Diversity, Friends of the Earth, Natural Resources Defense Council, Sierra Club*

6. Douglas P. Hayes
   SIERRA CLUB
   1650 38th Street
   Suite 102W
   Boulder, CO 80301
   *Attorneys for Sierra Club*

7. Eric E. Huber
   SIERRA CLUB
   Environmental Law Program
   1650 38th St.
   Suite 102W
   Boulder, CO 80301
   *Attorneys for Sierra Club*

8. Luther L. Hajek
   U.S. DEPARTMENT OF JUSTICE - DENVER
   South Terrace, Suite 370
   999 18th Street
   Denver, CO 80202
   *Attorneys for Thomas A. Shannon, Jr., US Department of State, Ryan Zinke, US Department of the Interior and Bureau of Land Management*

9. Mark Steger Smith
   U.S. ATTORNEY'S OFFICE - BILLINGS
   2601 Second Avenue North
   Suite 3200
   Billings, MT 59101
   *Attorneys for Thomas A. Shannon, Jr., US Department of State, Ryan Zinke, US Department of the Interior and Bureau of Land Management*

By   /s/ Jeffery J. Oven