Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net
Attorney for Northern Plains Plaintiffs
(additional counsel listed on signature pages)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVER ALLIANCE,

and

NORTHERN PLAINS RESOURCE COUNCIL, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF STATE, et al.,

Defendants,

TRANSCANADA KEYSTONE PIPELINE and TRANSCANADA CORPORATION,

Defendant-Intervenors.

CV 17-29-GF-BMM

CV 17-31-GF-BMM

**Joint Motion Regarding Word Limits, Separate Statements of Facts, and Joint Appendix**

All parties in these consolidated actions respectfully request an order expanding the word limits for the motions for summary judgment and allowing the parties to file a joint appendix rather than separate statements of facts.

Word Limits

Local Rule 7.1(d)(2) limits opening and response briefs in support of motions to 6,500 words and reply briefs to 3,250 words. Given the number of claims, and the complexity and importance of this case, the parties believe an expansion of the word limits is warranted for the motions for summary judgment. Accordingly, the parties respectfully request that the Court order the following limits, which are based on the word limits used in the Ninth Circuit:

- IEN Plaintiffs' and Northern Plains Plaintiffs' motions for summary judgment: 14,000 words each
- Federal Government's and TransCanada's oppositions/cross-motions: 14,000 words each
- IEN Plaintiffs' and Northern Plains Plaintiffs' oppositions/replies: 14,000 words each
- Federal Government's and TransCanada's replies: 7,000 words each

Separate Statements of Facts and Joint Appendix

Local Rule 56.1 requires separate statements of disputed and undisputed facts. The vast majority of the citations in this case will be to the administrative

record and expert reports. Accordingly, the parties respectfully request that the Court relieve them of the requirement to file separate statements of facts. In lieu of the statements of facts, the parties will file a joint appendix of all citations to the administrative record and any additional pages necessary for context. The parties will file the joint appendix within three business days of the last summary judgment reply brief.

Respectfully submitted,

Dated: January 12, 2018

/s/ Doug Hayes
Doug Hayes (*pro hac vice*)
/s/ Eric Huber
Eric Huber (*pro hac vice*)
Sierra Club Environmental Law Program
1650 38th Street, Suite 102W
Boulder, CO 80301
(303) 449-5595
doug.hayes@sierraclub.org
eric.huber@sierraclub.org

*Attorneys for Sierra Club and Northern Plains Resource Council*

/s/ Jaclyn Prange
Jaclyn Prange (*pro hac vice*)
/s/ Cecilia Segal
Cecilia Segal (*pro hac vice*)
Natural Resources Defense Council
111 Sutter Street, Floor 21
San Francisco, CA 94104
(415) 875-6100
jprange@nrdc.org
csegal@nrdc.org

*Attorneys for Bold Alliance and Natural Resources Defense Council*

/s/ Jared Margolis
Jared Margolis (*pro hac vice*)
/s/ Amy Atwood
Amy R. Atwood (*pro hac vice*)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
(971) 717-6401
jmargolis@biologicaldiversity.org
atwood@biologicaldiversity.org

*Attorneys for Center for Biological Diversity and Friends of the Earth*

/s/ Timothy M. Bechtold
Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net

*Attorney for all Northern Plains Plaintiffs*

/s/ *Stephan C. Volker*

STEPHAN C. VOLKER
Law Offices of Stephan C. Volker
1633 University Avenue
Berkeley, California 94703
(510) 496-0600
svolker@volkerlaw.com

*Attorney for Indigenous Environmental Network and North Coast Rivers Alliance*

/s/ *James A. Patten*
JAMES A. PATTEN
Patten, Peterman, Bekkedahl
& Green, PLLC
Suite 300, The Fratt Building
2817 Second Avenue North
Billings, Montana 59101-2041
(406) 252-8500
apatten@ppbglaw.com

*Attorney for all IEN Plaintiffs*

JEFFREY H. WOOD
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

SETH M. BARSKY, Section Chief

*/s/ Bridget K. McNeil*____________
BRIDGET KENNEDY McNEIL (CO Bar 34299)
Senior Trial Attorney
Wildlife and Marine Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-1484; Fax: (303) 844-1350
bridget.mcneil@usdoj.gov

*/s/ Luther L. Hajek*________________
LUTHER L. HAJEK (CO Bar 44303)
Trial Attorney
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-1376; Fax: (303) 844-1350
luke.hajek@usdoj.gov

*Attorneys for Federal Defendants*

/s Peter Steenland
Peter Steenland
SIDLEY AUSTIN LLP
1501 K St. NW
Washington, DC 20005
Telephone: 202.736.8532
Email: psteenland@sidley.com

/s/ Jeffery J. Oven
Jeffery J. Oven
Mark L. Stermitz
Jeffrey M. Roth
CROWLEY FLECK PLLP
500 Transwestern Plaza II
490 North 31st Street
P.O. Box 2529
Billings, MT 59103-2529
Telephone: 406-252-3441
Email: joven@crowleyfleck.com
mstermitz@crowleyfleck.com
jroth@crowleyfleck.com

*Attorneys for TransCanada Keystone Pipeline L.P. and TransCanada Corporation*

**CERTIFICATE OF SERVICE**

I certify that I served the foregoing brief on all counsel of record via the Court's CM/ECF system.

/s/ Jaclyn H. Prange