# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
## TRANSCRIPT DESIGNATION AND ORDERING FORM
*Please read instructions.*

| | | |
|---|---|---|
| 1. NAME | 2. PHONE NUMBER | 3. DATE |
| 4. MAILING ADDRESS | 5. E-MAIL ADDRESS | 6. CITY / 7. STATE |
| 8. ZIP CODE / 9. JUDGE | 10. CASE NAME | |
| 11. U.S. DISTRICT COURT CASE NUMBER | 12. COURT OF APPEALS CASE NUMBER | |

**13. ORDER FOR**

| | | | |
|---|---|---|---|
| APPEAL | CRIMINAL | CRIMINAL JUSTICE ACT | BANKRUPTCY |
| NON-APPEAL | CIVIL | IN FORMA PAUPERIS | OTHER - Specify |

**14. TRANSCRIPT REQUESTED** - Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.

| PORTIONS | DATE(S) | REPORTER | PORTIONS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| Change of Plea | | | Closing Argument - Plaintiff | | |
| Pre-trial Proceeding | | | Closing Argument - Defendant | | |
| Voir Dire | | | Settlement Instructions | | |
| Opening Statement - Plaintiff | | | Jury Instructions | | |
| Opening Statement - Defendant | | | Sentencing | | |
| Testimony - Specify Witness | | | Other - Specify | | |
| | | | | | |

**15. ORDER**

| CATEGORY | ORIGINAL Includes certified copy to clerk for records of the Court | FIRST COPY to each party | ADDITIONAL COPIES to same party | FORMAT REQUESTED Each format is billed as a separate transcript copy. | |
|---|---|---|---|---|---|
| | | | | Paper | Electronic Specify File Format |
| 30-Day (Ordinary) | $3.65/page | $.90/ page | $.60 page | Full Size    A-Z word index | ASCII    PDF A-Z word index |
| 14-Day | $4.25/page | $.90/page | $.60/page | Full Size    A-Z word index | ASCII    PDF A-Z word index |
| 7- Day | $4.85/ page | $.90/ page | $.60/page | Full Size    A-Z word index | ASCII    PDF A-Z word index |
| 3- Day | $5.45/ page | $1.05/ page | $.75/page | Full Size    A-Z word index | ASCII    PDF A-Z word index |
| DAILY | $6.05/page | $1.20/ page | $.90/page | Full Size    A-Z word index | ASCII    PDF A-Z word index |
| HOURLY | $7.25/page | $1.20/ page | $.90/page | Full Size    A-Z word index | ASCII    PDF A-Z word index |

**16. & 17. CERTIFICATE OF SERVICE, DISTRIBUTION and PAYMENT**
**E-file this form with the clerk's office, mail to opposing counsel if they are not electronic filers and serve the court reporter.**
If payment is authorized under CJA, complete CJA 24 form through box 15 and attach to this order when e-filing.
Financial arrangements must be made with the court reporter before transcript is prepared.

I certify that this form has been served on the court reporter this date: _____    Attorney signature: _____

Revised: 4/2/18