| | |
|---|---|
| Jeffery J. Oven | Peter R. Steenland |
| Mark L. Stermitz | Peter R. Whitfield |
| Jeffrey M. Roth | Lauren C. Freeman |
| CROWLEY FLECK PLLP | SIDLEY AUSTIN LLP |
| 490 North 31st Street, Ste. 500 | 1501 K Street, NW |
| Billings, MT 59103-2529 | Washington, DC 20005 |
| Telephone: 406-252-3441 | Telephone: 202-736-8000 |
| Email: joven@crowleyfleck.com | Email: psteenland@sidley.com |
| mstermitz@crowleyfleck.com | pwhitfield@sidley.com |
| jroth@crowleyfleck.com | lfreeman@sidley.com |

*Counsel for TransCanada Keystone Pipeline, LP and TransCanada Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK, *et al.*,<br><br>and<br><br>NORTHERN PLAINS RESOURCE COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>Federal Defendants,<br><br>and<br><br>TRANSCANADA CORPORATION, *et al.*,<br><br>Defendant- Intervenors. | CV-17-31-GF-BMM<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendant-Intervenors TransCanada Keystone Pipeline, LP and TransCanada Corporation hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Orders and Final Judgment that addressed the summary judgment motions filed by Plaintiffs, Defendants, and Defendant-Intervenors and granted a permanent injunction. The Court issued the Orders and Final Judgment on November 8, 2018 (Doc. 211) and November 15, 2018 (Docs. 212 and 213). Defendant-Intervenors also appeal the Court's Supplemental Order Regarding Permanent Injunction, which the Court entered on December 7, 2018 (Doc. 232).

This notice of appeal is filed within 60 days after the dates of the Orders; therefore, it is timely pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B).

A Representation Statement is attached hereto pursuant to Ninth Circuit Rules 3-2(b) and 12-2.

Dated this 21st day of December 2018.

                CROWLEY FLECK PLLP

                /s/ Jeffery J. Oven
                      Jeffery J. Oven
                      Mark L. Stermitz
                      Jeffrey M. Roth
                      490 North 31st Street, Ste 500
                      P.O. Box 2529
                      Billings, MT 59103-2529
                      Email: joven@crowleyfleck.com
                                mstermitz@crowleyfleck.com
                                jroth@crowleyfleck.com

SIDLEY AUSTIN LLP

<u>/s/  Peter R. Steenland, Jr</u>
    Peter R. Steenland, Jr.
    Peter C. Whitfield
    Lauren C. Freeman
    1501 K Street, N.W.
    Washington, D.C.  20005
    Email: psteenland@sidley.com
          pwhitfield@sidley.com
          lfreeman@sidley.com

*Counsel for TransCanada Keystone Pipeline, LP and TransCanada Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2018, the foregoing document was served on all counsel of record via the Court's CM/ECF system.

/s/ Jeffery J. Oven