Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net
Attorney for Northern Plains Plaintiffs
(additional counsel listed on signature pages)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVER ALLIANCE, | |
| and | CV 17-29-GF-BMM |
| NORTHERN PLAINS RESOURCE COUNCIL, et al., | CV 17-31-GF-BMM |
| Plaintiffs, | **Northern Plains Plaintiffs' Notice of Cross-Appeal** |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| Defendants, | |
| TRANSCANADA KEYSTONE PIPELINE and TRANSCANADA CORPORATION, | |
| Defendant-Intervenors. | |

Notice is hereby given that Plaintiffs Northern Plains Resource Council, Bold Alliance, Center for Biological Diversity, Friends of the Earth, Natural Resources Defense Council, Inc., and Sierra Club cross-appeal to the United States Court of Appeals for the Ninth Circuit this Court's November 8, 2018 Order on summary judgment motions filed by the parties (ECF No. 211), and November 15, 2018 Judgment in a Civil Case (ECF No. 213).

Defendant-Intervenors TransCanada Keystone Pipeline, LP and TransCanada Corporation filed a notice of appeal in this matter on December 21, 2018 (ECF No. 233), Appeals Docket No. 18-36069.

This notice is filed within 60 days of this Court's December 7, 2018 Order on Defendant-Intervenors' motion to amend (ECF No. 232), and is therefore timely pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B), (a)(3)-(4)(A).

A Representation Statement is attached hereto pursuant to Ninth Circuit Rules 3-2(b) and 12-2.

Respectfully submitted,

Dated:   January 28, 2019   /s/ Doug Hayes
Doug Hayes (*pro hac vice*)
/s/ Eric Huber
Eric Huber (*pro hac vice*)
Sierra Club Environmental Law Program
1650 38th Street, Suite 102W
Boulder, CO 80301
(303) 449-5595
doug.hayes@sierraclub.org
eric.huber@sierraclub.org

*Attorneys for Sierra Club and Northern Plains Resource Council*

/s/ Jaclyn Prange
Jaclyn Prange (*pro hac vice*)
/s/ Cecilia Segal
Cecilia Segal (*pro hac vice*)
Natural Resources Defense Council
111 Sutter Street, Floor 21
San Francisco, CA 94104
(415) 875-6100
jprange@nrdc.org
csegal@nrdc.org
*Attorneys for Bold Alliance and Natural Resources Defense Council*

/s/ Jared Margolis
Jared Margolis (*pro hac vice*)
/s/ Amy Atwood
Amy R. Atwood (*pro hac vice*)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
(971) 717-6401
jmargolis@biologicaldiversity.org
atwood@biologicaldiversity.org
*Attorneys for Center for Biological Diversity and Friends of the Earth*

/s/ Timothy M. Bechtold
Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net
*Attorney for all Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I served the foregoing document on all counsel of record via the Court's CM/ECF system.

/s/ Cecilia Segal