MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Ph: (406) 247-4667; Fax: (406) 657-6058
mark.smith3@usdoj.gov

JEAN E. WILLIAMS, Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
SETH M. BARSKY, Section Chief
BRIDGET KENNEDY McNEIL (CO Bar 34299)
Wildlife and Marine Resources Section
LUTHER L. HAJEK (CO Bar 44303)
Natural Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Ph: (303) 844-1484, (303) 844-1376; Fax: (303) 844-1350
bridget.mcneil@usdoj.gov
luke.hajek@usdoj.gov

*Attorneys for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK, *et al.*, <br><br> and <br><br> NORTHERN PLAINS RESOURCE COUNCIL, *et al.*, <br><br>         Plaintiffs, <br> v. | CV 17-29-GF-BMM <br> CV 17-31-GF-BMM <br><br> Consolidated <br><br> **FEDERAL DEFENDANTS' NOTICE OF APPEAL** |

| | |
|---|---|
| UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>       Defendants,<br>and<br><br>TRANSCANADA CORPORATION, *et al.*,<br><br>       Defendant-Intervenors. | |

Pursuant to Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. § 1292(a)(1), notice is hereby given that the United States Department of State, Michael R. Pompeo in his official capacity as Secretary of State,[1] the United States Fish and Wildlife Service, Margaret Everson, in her official capacity as Principal Deputy Director Exercising the Authority of the Director,[2] and David Bernhardt, in his official capacity as Acting Secretary of the Interior[3] hereby appeal the Court's November 22, 2017 Order, Dkt. #93, the Court's August 15, 2018 Partial Order on Summary Judgment Regarding NEPA Compliance, Dkt. # 202, the Court's November 8, 2018 Order, Dkt. # 211, and the Court's November 15, 2018 Order, Dkt. #212. This appeal is taken to the United States Court of Appeals for the Ninth Circuit.

---

[1] Secretary Pompeo is substituted for Thomas A. Shannon, Jr. pursuant to Fed. R. Civ. P. 25(d).
[2] Ms. Everson is substituted for James Kurth pursuant to Fed. R. Civ. P. 25(d).
[3] Mr. Bernhardt is substituted for Ryan Zink pursuant to Fed. R. Civ. P. 25(d).

Respectfully submitted this 1st day of February, 2019,

    JEAN E. WILLIAMS
    Deputy Assistant Attorney General
    United States Department of Justice
    Environment and Natural Resources Division

    SETH M. BARSKY, Section Chief

    */s/ Bridget K. McNeil*_____
    BRIDGET KENNEDY McNEIL (CO Bar 34299)
    Senior Trial Attorney
    Wildlife and Marine Resources Section
    999 18th St., South Terrace, Suite 370
    Denver, CO 80202
    Ph: (303) 844-1484; Fax: (303) 844-1350
    bridget.mcneil@usdoj.gov

    */s/ Luther L. Hajek*_____
    LUTHER L. HAJEK (CO Bar 44303)
    Trial Attorney
    Natural Resources Section
    999 18th Street, South Terrace, Suite 370
    Denver, CO 80202
    Ph: (303) 844-1376; Fax: (303) 844-1350
    luke.hajek@usdoj.gov

    *Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2019, a copy of the foregoing Federal Defendants' Notice of Appeal was served on all counsel of record via the Court's CM/ECF system.

                                            */s/ Bridget K. McNeil*
                                            Bridget Kennedy McNeil
                                            U.S. Department of Justice