UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 6 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK; NORTH COAST RIVERS ALLIANCE,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF STATE; et al.,<br><br>        Defendants,<br><br> and<br><br>TRANSCANADA KEYSTONE PIPELINE, LP; TRANSCANADA CORPORATION,<br><br>    Intervenor-Defendants-Appellants. | No.   18-36068<br><br>D.C. No. 4:17-cv-00029-BMM<br>District of Montana,<br>Great Falls<br><br>ORDER |
| NORTHERN PLAINS RESOURCE COUNCIL; et al.,<br><br>        Plaintiffs-Appellees,<br><br>FORT BELKNAP INDIAN COMMUNITY; ROSEBUD SIOUX TRIBE,<br><br>        Intervenors,<br><br> v.<br><br>THOMAS A. SHANNON, Jr., in his official | No.   18-36069<br><br>D.C. No. 4:17-cv-00031-BMM |

| | |
|---|---|
| capacity; et al., | |
| Defendants, | |
| and | |
| TRANSCANADA KEYSTONE PIPELINE, LP; TRANSCANADA CORPORATION, | |
| Intervenor-Defendants-Appellants. | |
| | |
| INDIGENOUS ENVIRONMENTAL NETWORK; NORTH COAST RIVERS ALLIANCE, | No.   19-35036 |
| | D.C. Nos.   4:17-cv-00029-BMM |
| | 4:17-cv-00031-BMM |
| Plaintiffs-Appellants, | |
| v. | |
| UNITED STATES DEPARTMENT OF STATE; et al., | |
| Defendants-Appellees, | |
| TRANSCANADA KEYSTONE PIPELINE, LP; TRANSCANADA CORPORATION, | |
| Intervenor-Defendants-Appellees. | |
| | |
| NORTHERN PLAINS RESOURCE COUNCIL; et al., | No.   19-35064 |
| | D.C. Nos.   4:17-cv-00029-BMM |
| | 4:17-cv-00031-BMM |
| Plaintiffs-Appellants, | |
| FORT BELKNAP INDIAN COMMUNITY; | |

ROSEBUD SIOUX TRIBE,

        Intervenors,

 v.

THOMAS A. SHANNON, Jr., in his official capacity; et al.,

        Defendants-Appellees,

TRANSCANADA KEYSTONE PIPELINE, LP; TRANSCANADA CORPORATION,

    Intervenor-Defendants-Appellees.

---

INDIGENOUS ENVIRONMENTAL NETWORK; et al.,

        Plaintiffs-Appellees,

FORT BELKNAP INDIAN COMMUNITY; ROSEBUD SIOUX TRIBE,

        Intervenors,

 v.

UNITED STATES DEPARTMENT OF STATE; et al.,

        Defendants-Appellants,

 and

TRANSCANADA KEYSTONE PIPELINE, LP; TRANSCANADA CORPORATION,

No.   19-35099

D.C. Nos.   4:17-cv-00029-BMM
              4:17-cv-00031-BMM

3

Intervenor-Defendants.

Before: LEAVY, CALLAHAN, and BEA, Circuit Judges.

We grant TransCanada Corporation and TransCanada Keystone Pipeline, LP ("TransCanada") and the Federal parties' motions to dismiss these appeals as moot (No. 18-36068 Docket Entry Nos. 35, 36).

We grant TransCanada's motion to vacate the district court's November 15, 2018 judgments entered in district court actions 4:17-cv-00029-BMM and 4:17-cv-00031-BMM, dissolve the district court's permanent injunction orders, and remand with instructions to dismiss the district court actions as moot. *See United States v. Munsingwear*, 340 U.S. 36, 39 (1950).

Each party shall bear its own costs on appeal.

**DISMISSED and REMANDED with instructions to VACATE the judgments and to DISMISS the actions as moot.**