UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 29 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE; et al.,<br><br>Defendants,<br><br>and<br><br>TRANSCANADA KEYSTONE PIPELINE, LP and TRANSCANADA CORPORATION,<br><br>Intervenor-Defendants - Appellants. | No. 18-36068<br><br>D.C. No. 4:17-cv-00029-BMM<br>U.S. District Court for Montana, Great Falls<br><br>**MANDATE** |
| NORTHERN PLAINS RESOURCE COUNCIL; et al.,<br><br>Plaintiffs - Appellees,<br><br>FORT BELKNAP INDIAN COMMUNITY and ROSEBUD SIOUX TRIBE, | No. 18-36069<br><br>D.C. No. 4:17-cv-00031-BMM<br>U.S. District Court for Montana, Great Falls |

| | |
|---|---|
| Intervenors, | |
| v. | |
| THOMAS A. SHANNON, Jr., in his official capacity; et al., | |
| Defendants, | |
| and | |
| TRANSCANADA KEYSTONE PIPELINE, LP and TRANSCANADA CORPORATION, | |
| Intervenor-Defendants - Appellants. | |
| INDIGENOUS ENVIRONMENTAL NETWORK and NORTH COAST RIVERS ALLIANCE, | No. 19-35036 |
| Plaintiffs - Appellants, | D.C. Nos. 4:17-cv-00029-BMM, 4:17-cv-00031-BMM |
| v. | U.S. District Court for Montana, Great Falls |
| UNITED STATES DEPARTMENT OF STATE; et al., | |
| Defendants - Appellees, | |
| TRANSCANADA KEYSTONE PIPELINE, LP and TRANSCANADA CORPORATION, | |
| Intervenor-Defendants - Appellees. | |

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL; et al., | No. 19-35064 |
| Plaintiffs - Appellants, | D.C. Nos. 4:17-cv-00029-BMM, 4:17-cv-00031-BMM |
| FORT BELKNAP INDIAN COMMUNITY and ROSEBUD SIOUX TRIBE, | U.S. District Court for Montana, Great Falls |
| Intervenors, | |
| v. | |
| THOMAS A. SHANNON, Jr., in his official capacity; et al., | |
| Defendants - Appellees, | |
| TRANSCANADA KEYSTONE PIPELINE, LP and TRANSCANADA CORPORATION, | |
| Intervenor-Defendants - Appellees. | |

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK; et al., | No. 19-35099 |
| Plaintiffs - Appellees, | D.C. Nos. 4:17-cv-00029-BMM, 4:17-cv-00031-BMM |
| FORT BELKNAP INDIAN COMMUNITY and ROSEBUD SIOUX TRIBE, | U.S. District Court for Montana, Great Falls |
| Intervenors, | |
| v. | |
| UNITED STATES DEPARTMENT OF | |

STATE; et al.,

    Defendants - Appellants,

and

TRANSCANADA KEYSTONE PIPELINE, LP and TRANSCANADA CORPORATION,

    Intervenor-Defendants.

The judgment of this Court, entered June 06, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7