# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| INDIGENOUS ENVIRONMENTAL NETWORK, *et al.*, <br><br> and <br><br> NORTHERN PLAINS RESOURCE COUNCIL, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> Defendants, <br> and <br><br> TRANSCANADA KEYSTONE PIPELINE, *et al.*, <br><br> Defendant-Intervenors. | CV 17-31-GF-BMM <br><br> Consolidated <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS NORTHERN PLAINS RESOURCE COUNCIL ET AL.'S MOTION FOR ATTORNEYS' FEES** |

This matter comes before the Court on Defendants' and Plaintiffs Northern Plains Resource Council *et al.'s* Joint Motion to Extend the Time for Defendants to Respond to Plaintiffs Northern Plains Resource Council *et al.'s* Motion for Attorneys' Fees, ECF No. 266. Having considered the motion and finding that good cause exists to grant the relief requested, the motion is hereby GRANTED.

Defendants' response to Plaintiff Northern Plains Resource Council *et al.'s* Motion for Attorneys' Fees shall be filed by November 18, 2019.

Dated this 10th day of October, 2019.

Brian Morris
United States District Court Judge