Jeffery J. Oven
Mark L. Stermitz
Jeffrey M. Roth
CROWLEY FLECK PLLP
490 North 31st Street, Ste. 500
Billings, MT  59103-2529
Telephone: 406-252-3441
Email: joven@crowleyfleck.com
        mstermitz@crowleyfleck.com
        jroth@crowleyfleck.com

Peter R. Steenland
Peter R. Whitfield
Lauren C. Freeman
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC  20005
Telephone: 202-736-8000
Email: psteenland@sidley.com
        pwhitfield@sidley.com
        lfreeman@sidley.com

*Counsel for TransCanada Keystone Pipeline, LP and TransCanada Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> Federal Defendants, <br><br> and <br><br> TRANSCANADA KEYSTONE PIPELINE, LP, *et al.,* <br><br> Defendant-Intervenors. | CV-17-31-GF-BMM <br><br> **NOTICE REGARDING SETTLEMENT CONFERENCE ATTENDANCE** |

The Court has scheduled a settlement conference to the address the disposition of attorney fees.  Defendant-Intervenors TransCanada Keystone

Pipeline, LP and TransCanada Corporation respectfully provide notice that they will not attend the settlement conference set for April 23, 2020 (*See* Docs. 285 and 279) because Defendant-Intervenors have not taken a position on this issue.  They have not filed briefs on the issue nor taken part in the proceedings regarding the respective motions.  Should the Court decide otherwise, Defendant-Intervenors will participate as directed.

Dated this 4th day of March, 2020.

CROWLEY FLECK PLLP

/s/ Jeffery J. Oven
Jeffery J. Oven
Mark L. Stermitz
Jeffrey M. Roth
490 North 31st Street, Ste 500
P.O. Box 2529
Billings, MT 59103-2529
Email: joven@crowleyfleck.com
        mstermitz@crowleyfleck.com
        jroth@crowleyfleck.com

SIDLEY AUSTIN LLP

/s/  Peter R. Steenland, Jr
Peter R. Steenland, Jr.
Peter C. Whitfield
Lauren C. Freeman
1501 K Street, N.W.
Washington, D.C.  20005
Email: psteenland@sidley.com
        pwhitfield@sidley.com
        lfreeman@sidley.com

*Counsel for TransCanada Keystone*
*Pipeline, LP and TransCanada Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2020 the foregoing document was served

on all counsel of record via the Court's CM/ECF system.

/s/  Jeffery J. Oven