C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| NORTHERN PLAINS RESOURCE COUNCIL, BOLD ALLIANCE, CENTER FOR BIOLOGICAL DIVERSITY, FRIENDS OF THE EARTH, NATURAL RESOURCES DEFENSE COUNCIL, INC., and SIERRA CLUB,<br><br>   Plaintiffs,<br><br>v.<br><br>THOMAS A. SHANNON, JR., in his official capacity as Under Secretary of State for Political Affairs; UNITED STATES DEPARTMENT OF STATE, RYAN ZINKE, in his official capacity as Secretary of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT,<br><br>   Defendants.<br><br>TRANSCANADA KEYSTONE PIPELINE, LP and TRANSCANADA CORPORATION,<br><br>   Defendant-Intervenors | CV-17-31-GF-BMM<br><br>**ORDER** |

Plaintiffs have moved for admission of Aaron Colangelo (Mr. Colangelo) (Doc. 284), to practice before this Court in this case with Timothy M. Bechtold (Mr. Bechtold) to act as local counsel. Mr. Colangelo's application appears to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Plaintiffs' motion to allow Mr. Colangelo to appear on their behalf (Doc. 284) is **GRANTED** on the following conditions:

1. Local counsel, Mr. Bechtold, will be designated as lead counsel or as co-lead counsel with Mr. Colangelo. Mr. Colangelo must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel, Mr. Bechtold, shall also sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Mr. Colangelo, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of his admission under the terms set forth above.

3. Admission is personal to Mr. Colangelo.

DATED this 8th day of April, 2020.

_____
Brian Morris, Chief District Judge
United State District Court